# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Richard G. Munson | Case No.:18–32257–jal<br><br>Chapter: 13 |
| Debtor(s) | Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Motion to Modify Plan to increase payments from $540.00 per month to $696.00 per month for the duration of the plan. Filed by Debtor Richard G. Munson. Objections due by 06/12/2020. Any objection must be typewritten and in proper pleading form as required by Federal and Local Rules. (Attachments: # 1 Proposed Order) (O'Bryan, Julie)

Dated: 5/26/20

By:
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:
Richard G. Munson
    Debtor

Case No. 18-32257-jal
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0644-3      User: sweber      Page 1 of 1      Date Rcvd: May 26, 2020
                     Form ID: 267      Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2020.
```
db              +Richard G. Munson,    4120 Dellridge Dr.,    Louisville, KY 40207-2713
6701313         +City of St. Matthews,    c/o Singler and Ritsert,    209 Old Harrods Creek Rd. Ste. 100,
                  Louisville, KY 40223-2553
6344744         +Greensky LLC,    PO Box 71215,    Charlotte, NC 28272-1215
6344745          Jefferson County Delinquent Tax Office,    P.O. Box 35396,    Louisville, KY 40232-5396
6344746         +Jefferson County Metro Government,    Jefferson County Attorneys Office,    Fiscal Court Bldg,
                  531 Court Place, Suite 1001,    Louisville, KY 40202-3316
6344747         +KECU,    Attn: Bankruptcy,    100 Moore Dr,    Frankfort, KY 40601-8295
6344748         +UMB Bank,    as custodian for Clearleaf Finance, LLC,    c/o Bouchillon Law,
                  4869 Brownsboro Center, Suite 203,    Louisville, KY 40207-2382
6397977         +UMB Bank as Custodian for Clearleaf Finance, LLC,    c/o Bouchillon Law Office,
                  4869 Brownsboro Center,    Suite 203,    Louisville, KY 40207-2382
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com May 26 2020 20:01:41      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
6344743         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 26 2020 20:01:20      Capital One,
                  Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
6376474          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 26 2020 20:01:42
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
6354096         +E-mail/Text: aesterle@jeffersoncountyclerk.org May 26 2020 19:49:42
                  Lou/Jeff County Metro Government,    Jefferson County Attorneys Office,    Fiscal Court Building,
                  531 Court Pl., Suite 900,    Louisville KY 40202-3315
6345433         +E-mail/PDF: gecsedi@recoverycorp.com May 26 2020 20:02:06      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +UMB Bank as Custodian for Clearleaf Finance, LLC,    c/o Bouchillon Law Office,
                  4869 Brownsboro Center,    Suite 203,    Louisville, KY 40207-2382
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2020 at the address(es) listed below:
```
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              John Shannon Bouchillon    on behalf of Creditor    UMB Bank as Custodian for Clearleaf Finance,
               LLC krista@bouchillonlaw.com
              Julie Ann O'Bryan    on behalf of Debtor Richard G. Munson julieannobryan@obryanlawoffices.com,
               thomas@obryanlawoffices.com,brittany@obryanlawoffices.com,ally@obryanlawoffices.com,
               casey@obryanlawoffices.com,amy@obryanlawoffices.com,
               kelley@obryanlawoffices.com;obryanjr62719@notify.bestcase.com
              William W. Lawrence -13    ECF@louchapter13.com,   ecf.bk.westky@gmail.com
                                                                                             TOTAL: 4
```